[Doc. Nos. 19, 30]

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| ROBERT MCCANN,<br><br>      Plaintiff,<br><br>  v.<br><br>CINDY LEESE, et al.,<br><br>      Defendants. | Civil No. 08-5031 (JBS/JS) |

**O R D E R**

This matter is before the Court on plaintiff's Motion to Amend Complaint [Doc. No. 19]; and the Court noting that pursuant to its directions at the January 13, 2010 conference, plaintiff filed a revised proposed amended complaint on January 27, 2010 [Doc. No. 25]; and the Court further noting that on March 19, 2010 [Doc. No. 30] plaintiff filed another Motion to Amend Complaint based on the discussion at the March 11, 2010 conference; and defendants not objecting to plaintiff's most recent motion [Doc. No. 30]; and Fed. R. Civ. P. 15(a) providing that leave to amend shall be freely given when justice so requires; and the Federal Rules of Civil Procedure allowing for liberal amendments (Foman v. Davis, 371 U.S. 178, 181-82 (1962)); and good cause existing for the entry of this Order,

IT IS HEREBY ORDERED this 29th day of March, 2010, that plaintiff's Motion to Amend Complaint [Doc. No. 30] is GRANTED; and

IT IS FURTHER ORDERED that plaintiff's amended complaint filed on March 19, 2010 [Doc. No. 30] shall be deemed to have been filed and served on defendants' counsel the same date this Order is entered; and

IT IS FURTHER ORDERED that defendants shall respond to plaintiff's amended complaint by April 20, 2010; and

IT IS FURTHER ORDERED that plaintiff's Motion to Amend Complaint filed on November 23, 2009 [Doc. No. 19] is DENIED AS MOOT.

s/Joel Schneider
JOEL SCHNEIDER
United States Magistrate Judge